IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EFFIREM ZIMBALIST GREEN                                                    PLAINTIFF

v.                                    Civil No. 4:18-cv-04142

SERGEANT BYRON GRIFFIE;
LIEUTENANT ALICE MILLER;
CAPTAIN GOLDEN ADAMS;
WARDEN JEFFIE WALKER; and
NURSE STEVEN KING                                                         DEFENDANTS

## ORDER

Effirem Z. Green, currently an inmate of the Miller County Detention Center, filed this 42 U.S.C. § 1983 action *pro se* on October 12, 2018. (ECF No. 1).

Before the Court is Plaintiff's Motion to Compel production of his medical records from the Arkansas Department of Correction ("ADC"). (ECF No. 20). Defendants have filed a response stating although Plaintiff failed to attempt to resolve the discovery dispute with them prior to filing his motion, Defendants have forwarded a copy of the ADC medical records to Plaintiff. (ECF No. 21).

Accordingly, Plaintiff's Motion to Compel (ECF No. 20) is **DENIED as MOOT.**

IT IS SO ORDERED this 25th day of January 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE