IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EFFIREM ZIMBALIST GREEN                                                              PLAINTIFF

v.                                         Civil No. 4:18-cv-04142

SERGEANT BYRON GRIFFIE;
LIEUTENANT ALICE MILLER;
CAPTAIN GOLDEN ADAMS;
WARDEN JEFFIE WALKER; and
NURSE STEVEN KING                                                                   DEFENDANTS

## ORDER

Before the Court is Plaintiff's motion entitled "Supplement Motion". (ECF No. 31).

In the instant motion Plaintiff states, "Asking the Court to add Gerald H. Lowery sign statement as a witness in case No 18-4151…" *Id.* He then attaches a two-page hand written statement from Mr. Lowery. This information is not necessary for Plaintiff's Complaint and is not a proper supplement. Instead, this information may be presented as evidence in response to any motions for summary judgment filed by Defendants, and in any upcoming hearings or the trial in this matter.

Accordingly, Plaintiff's Supplement Motion (ECF No. 31) is **DENIED**. **Plaintiff is advised that evidence is not to be submitted to the Court unless it is in support of a motion or used during hearings or a trial in this matter.**

**IT IS SO ORDERED** this 13th day of March 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE