IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EFFIREM ZIMBALIST GREEN                                                                PLAINTIFF

v.                                    Civil No. 4:18-cv-04142

SERGEANT BYRON GRIFFIE;
LIEUTENANT ALICE MILLER;
CAPTAIN GOLDEN ADAMS;
WARDEN JEFFIE WALKER; and
NURSE STEVEN KING                                                                      DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion to Join Expert Witness. (ECF No. 36). The Court has determined that no response from Defendants is necessary to rule on the motion.

Plaintiff seeks to "join Doctor Malik, MD. Khalid as an exspert witness in any motion for summary judgment filed by defendant and in any upcoming hearing or the trial in this matter. *Id.* First, the Court does not "join" or add witnesses to a lawsuit. Second, Plaintiff's request for a witness is premature. In the event motions for summary judgment are denied, a final scheduling order for trial will be entered and Plaintiff will have the opportunity to submit his list of witnesses. At that time, the Court will consider Plaintiff's request for witnesses and will issue subpoenas as necessary.

Accordingly, Plaintiff's Motion to Join Expert Witnesses (ECF No. 36) is **DENIED**.

**IT IS SO ORDERED this 2nd day of April 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE