IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EFFIREM ZIMBALIST GREEN                                          PLAINTIFF

v.                          Civil No. 4:18-cv-04142

SERGEANT BYRON GRIFFIE;
LIEUTENANT ALICE MILLER;
CAPTAIN GOLDEN ADAMS;
WARDEN JEFFIE WALKER; and
NURSE STEVEN KING                                                DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff, Effirem Zimbalist Green, pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Dismiss this case. (ECF No. 49). Defendants have filed responses indicating they have no objection to the voluntary dismissal of the case. (ECF Nos. 50, 51).

Federal Rule of Civil Procedure 41(a)(2) allows a plaintiff to dismiss an action, by court order on "terms that the Court considers proper." Fed. R. Civ. P. 41(a)(2). Dismissal under Rule 41(a)(2) is without prejudice unless the Court specifically orders to the contrary. *Id.* Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 7th day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge